This request appears to be procedurally defective.

IT IS HEREBY ADJUDGED and DECREED this is DENIED.

Dated: January 31, 2018

**Eddward P. Ballinger Jr., Bankruptcy Judge**
_____

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>   BRUCE NICHOLAS GEORGE,<br><br>                  Debtor.<br>_____<br>BRUCE NICHOLAS GEORGE,<br><br>          Plaintiff,<br>v.<br><br>LSF9 MASTER PARTICIPATION TRUST, by Caliber Home Loans, Inc., solely in its capacity as servicer,<br><br>          Defendant.<br>_____ | No. CHAPTER 13 No. 2:16-10311-EPB<br><br><br><br><br>**ORDER APPROVING APPLICATION FOR PAYMENT OF ATTORNEY'S FEES** |

Pursuant to Debtor's Counsel's Application for Payment of Attorney's Fees and the Court finding good cause therefor:

IT IS HEREBY ORDERED approving the Application and payment to Counsel in the amount of $2,617.50.

DATED this _____day of January, 2018.

_____
The Honorable Edward P. Ballinger